

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00371-CV

DENNIS PRICE, LATONIA YOUNG, AND JOHN BURNEY

APPELLANTS

V.

PAWNEE LEASING CORPORATION

APPELLEE

------------

### FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY
### TRIAL COURT NO. 2017-001706-1

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered Appellants' "Agreed Motion to Dismiss." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by Appellants, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: GABRIEL, KERR, and PITTMAN, JJ.

DELIVERED: December 14, 2017

---

[1]*See* Tex. R. App. P. 47.4.